**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>         Plaintiff,<br><br>v.<br><br>KAI PING MEI PARK KAIPING STORE, et al.,<br><br>         Defendants. | Case No. 20-cv-03688<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge Jeffrey Cummings** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| MUSONLAI Official Store | 7 |

Dated this 25th day of September 2020.        Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Attorneys for Plaintiff H-D U.S.A., LLC*